CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Rogelio MEDINA-Obispo**; DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **22-01580MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 14, 2022, in the District of Arizona, **Jose Rogelio MEDINA-Obispo**, knowing or in reckless disregard that certain aliens, including Margarito Hernandez-Hernandez and Rufino Cordero-Cruz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 14, 2022, in the District of Arizona (Patagonia), a United States Border Patrol Agent (BPA) responded to a request for assistance from the Santa Cruz Sheriff's Office (SCCO) regarding a possible smuggling event on State Route 82. The BPA arrived and met with the SCCO Deputy who said he had stopped and cited a white 2000 Honda Accord driven by **Jose Rogelio MEDINA-Obispo** for speeding. The five additional subjects in the car admitted to being undocumented non-citizens (UNC) illegally present in the United States.

Records checks revealed that Margarito Hernandez-Hernandez and Rufino Cordero-Cruz did not have the proper immigration documentation to enter or remain in the U.S. legally. Hernandez was previously removed from the U.S. on June 6, 2018. Cordero was previously removed from the U.S. on May 18, 2016.

In a post-*Miranda* statement, **MEDINA** said he was trying to gain karma for all the stupid things he has done. When confronted with the numerous text messages on his cellphone detailing prior smuggling, **MEDINA** confessed to working for a smuggler for about a month to pay off a debt he owes.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA CJM/rr  *Corey J. Martin* | SIGNATURE OF COMPLAINANT<br><br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE*)  *[signature]* | DATE<br>March 15, 2022 |

*)* See Federal rules of Criminal Procedure Rules 3, 4.1, and 54